UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

MARY N. PETTIFORD,
            *Plaintiff-Appellant,*

            v.

GRANVILLE COUNTY, a body politic;
GRANVILLE COUNTY SCHOOLS;
GRANVILLE COUNTY BOARD OF
EDUCATION; JANICE O. DAVIS,
Superintendent for Administrative
Services; BARBARA C. HARRIS,
Principal of West Oxford
Elementary School; KATY
ARRINGTON, Member of Board of
Education; CHIP BRISTOW, Member
of Board of Education; GWEN
FAULKNER, Member of Board of
Education; JAMES W. LUMPKIN,
Member of Board of Education;
NEIL MCDONALD, Member of Board
of Education; RICHARD H. NELSON,
Member of Board of Education;
LEONARD E. PEACE, SR., Member of
Board of Education; DOROTHY
PRUITT, Member of the Board of
Education, in their individual and
official capacities,
            *Defendants-Appellees.*

No. 00-1876

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
James C. Fox, Senior District Judge.
(CA-99-484-F-5)

Argued: June 5, 2001

Decided: July 23, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

**ARGUED:** Sandra Jyll Polin, Raleigh, North Carolina, for Appellant. William Lee Hopper, Oxford, North Carolina; Kenneth Alexander Soo, THARRINGTON SMITH, L.L.P., Raleigh, North Carolina, for Appellees. **ON BRIEF:** Deborah R. Stagner, THARRINGTON SMITH, L.L.P., Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Mary N. Pettiford, an African-American elementary school teacher, with bachelor's and master's degrees in education and over thirty years of teaching experience, brought this action against Granville County, the Granville County School System, the Granville County Board of Education, individual board members, and various school administrative officials. In a multi-count complaint, Ms. Pettiford alleges, *inter alia*, that the various defendants engaged in employment practices that discriminated against her on the basis of race and age in violation of state and federal law, breached contractual rights owed to her by forcing her resignation and refusing to deal fairly with her,

coerced her resignation by improper threats, failed to provide her notice and other procedural rights guaranteed by state law, wrongfully discharged her in retaliation for her complaints about her assignments and working conditions, and caused her severe emotional distress. Ms. Pettiford requests compensatory and punitive damages and injunctive relief in the form of removal of a certain letter dated May 21, 1996 from her personnel file, receipt of a grievance hearing, promotion to a tenured teaching position, and an apology from the defendants.

All of Ms. Pettiford's claims grow out of her attempts to gain employment with Granville County School System in 1992 and 1993 and her subsequent resignation from the employment she ultimately did obtain as a non-tenured, contractual "Chapter I" teacher. The district court, after painstakingly considering Ms. Pettiford's detailed complaint, granted the various defendants' motion to dismiss the action, in a thorough twenty-six page opinion.

We have carefully reviewed the briefs and record in this case, considered the oral and written arguments of the parties and the relevant legal authorities, and conclude that we must affirm. As the district court explained, Ms. Pettiford makes no allegations stating a "factual or legal basis supporting liability of the County," all of her federal employment discrimination claims and most of her state claims are time-barred, and her remaining state law claims are meritless. Accordingly, we affirm on the basis of the district court's well reasoned opinion. *See Pettiford v. Granville County*, No. 5:99-CV-484-F(3) (E.D.N.C. June 1, 2000).

*AFFIRMED*